# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

CR NO. 01-97L

RICHARD SINGLETON

## ORDER

The government's response to the Defendant's motion to vacate and modify sentence pursuant to Title 18 U.S.C.§ 3582(c)(2) is due on May 15, 2008.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 4/24/08

BY Order:

Deputy Clerk
4/24/08